Lorinda Meier Youngcourt
Trial Attorney, IN 14411-49, WA 50998
Federal Defenders of Eastern WA & ID
10 North Post, Suite 700 | Spokane, WA  99201
(509) 624-7606 | Lorinda_Youngcourt@fd.org
Counsel for Dondre Charles Jackson

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
The Honorable Thomas O. Rice, District Judge

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:22-cr-89-TOR |
| v. | SENTENCING MEMORANDUM |
| DONDRE CHARLES JACKSON, | |
| Defendant. | |

DONDRE CHARLES JACKSON, by counsel, Lorinda Meier Youngcourt of the Federal Defenders of Eastern Washington and Idaho, requests this Court impose a sentence of probation with conditions to include payment of restitution without the accrual of interest.

SENTENCING MEMORANDUM - 1

## I.   United States Sentencing Guidelines

### A.   Offense Level

Mr. Jackson agrees with United States Probation and the government that the adjusted offense level in this matter is ten.  ECF Nos. 23 at ¶ 33, 25 at pg. 3.

### B.   Criminal History

Mr. Jackson agrees has no arrests or convictions, placing him in Criminal History Category I.  ECF No. 23 at ¶ 39.

### C.   USSG Guideline Range

With a total offense level of ten and a criminal history category of I, Mr. Jackson's guideline range is six to 12 months of incarceration.  ECF No. 23 at ¶ 67. The government, United States Probation and Mr. Jackson agree a sentence of probation satisfies the United States Sentencing Guidelines.  ECF Nos. 23 at ¶ 67, 25 at pg. 3.

## II.   18 U.S.C. § 3553(a) Factors

A sentence of probation including a condition for regular payments towards the agreed restitution amount of $54,900 is sufficient but not greater than necessary to satisfy 18 U.S.C. § 3553.

Mr. Jackson has led a law-abiding life.  He has maintained employment.  He perpetrated the crime while he was involved in a dysfunctional relationship with a partner struggling with mental health issues.  He was the victim of his partner's domestic violence and stalking.  Mr. Jackson used the CARES Act money to escape

SENTENCING MEMORANDUM - 2

the relationship and start over.  ECF No. 23 at ¶¶ 50 - 52.  When confronted by law enforcement with his actions, Mr. Jackson admitted his criminal conduct and entered a plea of guilty at the first pretrial conference.

The government did not request, and United States Probation did not recommend Mr. Jackson's pretrial detention.  ECF No. 16.  He was placed on pretrial supervision and has remained in compliance with all court-imposed conditions.

In the past two year, Mr. Jackson met and married his wife.  He has stepped into the role of fulltime stepfather to her seven- and 13-year-old sons.  The family lives in a well-cared for, modest, rental home in Moses Lakes where they live across the street from extended family.  Mr. Jackson is employed as a security officer.

The United States Congress tasked the Sentencing Commission with creating guidelines and specified, "The Commission shall insure that the guidelines reflect the general appropriateness of imposing a sentence *other than imprisonment* in case in the which the defendant is a first-time offender who has **not** been convicted of a crime of violence or an otherwise serious offense."  28 U.S.C. § 994(j)(emphasis added).  Mr. Jackson is a first-time offender, and his crime was not one of violence and while not to be ignored or minimized, is not "an otherwise serious offense."  Keeping Mr. Jackson employed and paying restitution is the best way to address his criminal conduct.

SENTENCING MEMORANDUM - 3

### III.    Restitution

Mr. Jackson and the government agree he should pay restitution in the amount of $54,900.  Given Mr. Jackson's financial condition and earning capacity, he requests the Court order interest on restitution waived.  The Court found Mr. Jackson qualified for the appointment of the Federal Defender representation based upon his financial affidavit.  ECF No. 12.  Likewise, United State Probation has found Mr. Jackson has "limited income" and "family responsibilities" making it unlikely he could pay a fine.  ECF No. 23 at ¶ 65.

### IV.    Conclusion

Dondre Charles Jackson requests the Court sentence him to probation with the requirement he make regular payments towards restitution in the amount of $54,900, upon which interests does *not* accrue.

Dated: December 27, 2022

> */s/Lorinda Meier Youngcourt*
> Lorinda Meier Youngcourt

SENTENCING MEMORANDUM - 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

**Certificate of Service**

I certify that on December 27, 2022, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF System, which will notify all counsel of

record.

> */s/Lorinda Meier Youngcourt*
> Lorinda Meier Youngcourt
> Federal Defenders of Eastern WA & ID
> 10 North Post, Suite 700 | Spokane WA 99201
> (509) 624-7606 | Lorinda_Youngcourt@fd.org

SENTENCING MEMORANDUM - 5